**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MITCHELL TALLY**                                                                          **PLAINTIFF**

**V.**                                                                    **CAUSE NO. 4:10-cv-00174-FKB**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY**                                                              **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States

Magistrate Judge F. Keith Ball entered on February 24, 2012, which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to the findings

and recommendations contained within fourteen (14) days from the date of filing would bar further

appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2). This court, finding

that there has been no submission of written objections by any party, hereby adopts said Report and

Recommendation as the order of this court.

SO ORDERED this Twenty-Sixth day of March 2012.


    /s/ *Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE